UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  5:25-cv-2694 KK (DSR) | Date: January 23, 2026 |
| Title  Patrik Nazarian v. Kristi Noem, et al. | |

Present: The Honorable:  Daniel S. Roberts, United States Magistrate Judge

| L. Krivitsky | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:**     (IN CHAMBERS) **ORDER REQUIRING JOINT STATUS REPORT**

   Petitioner filed his Petition for Writ of Habeas Corpus on October 13, 2025 and his First Amended Petition on October 22, 2025.  See Doc. Nos. 1, 6.  On October 27, 2025, the Court, by Magistrate Judge Autumn D. Spaeth, issued an Order requiring Respondents to file a response to the Petition.  Pursuant to that Order, any Motion to Dismiss the Petition was to be filed no later than 30 days from the date of that Order, and if no such motion was filed, an Answer to the Petition was to be filed within 45 days from the date of that Order.  See Doc. No. 10.

   Also on October 27th, Petitioner filed an Ex Parte Application for Temporary Restraining Order.  See Doc. No. 7.  Respondents filed their Opposition to the Ex Parte Application on October 30, 2025, and Petitioner filed his Reply later that day.  See Doc. Nos. 11, 12.  On November 3, 2025, the Court, by District Judge Kenly Kiya Kato, entered an Order granting in part and denying part Petitioner's Ex Parte Application.  See Doc. No. 13.  Therein, the Court granted Petitioner's request for a Temporary Restraining Order seeking his release and ordered Respondents to release Petitioner immediately from their custody, but denied without prejudice Petitioner's request for a Temporary Restraining Order enjoining Respondents from removing him to a third country without notice and an opportunity to be heard.  Id.

   Since that time, there have been no further submissions to the Court.  Respondents have not Responded to the Petition, and Petitioner has not requested any final relief in this case.  The

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   5:25-cv-2694 KK (DSR)                                            Date: January 23, 2026

Title   Patrik Nazarian v. Kristi Noem, et al.

parties are therefore ORDERED to file a Joint Report no later than **February 6, 2026** to update the Court on the status of this case.  The Report should address: (1) the current custody status of the Petitioner, (2) the status of the Respondents' compliance with Judge Kato's Temporary Restraining Order, and (3) why Respondents have not complied with Judge Spaeth's October 27, 2025 Order requiring a response to the Petition.  If the Petitioner has been released from custody in compliance with the Temporary Restraining Order, and the parties agree that this case is now moot, they may file a joint stipulation for dismissal of this action in lieu of the Joint Report.

    **IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | LK |