JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PATRIK NAZARIAN,

               Petitioner,

         v.

KRISTI NOEM, et al.,

               Respondents.

Case No. 5:25-cv-02694-KK-DSR

JUDGMENT

Pursuant to the Order Granting First Amended Petition for Writ of Habeas Corpus, it is adjudged that the Petition for Writ of Habeas Corpus is granted consistent with the reasons and findings set forth in the Court's Orders granting temporary restraining orders and a preliminary injunction (Dkt. Nos. 13, 19, 23).

Respondents are enjoined from re-detaining Petitioner under 8 U.S.C. § 1231(a)(6) unless and until Respondents follow the procedural safeguards set forth in 8 C.F.R. §§ 241.4, 241.13, and all other relevant applicable statutes and regulations, and from removing Petitioner to a third country (i.e., a country other than those designated

as the countries of removal in Petitioner's final order of removal) without providing

Petitioner with sufficient notice and an opportunity to be heard as set forth in the Order

Granting First Amended Petition for Writ of Habeas Corpus.  (JS-6)

Dated: May 26, 2026

THE HONORABLE KENLY KIYA KATO
United States District Judge

2